NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

ANVIK CORPORATION,
*Plaintiff-Appellant,*

v.

CHUNGHWA PICTURE TUBES, LTD., TATUNG COMPANY, AND TATUNG COMPANY OF AMERICA, INC.,
*Defendants-Appellees.*

AND

NIKON PRECISION, INC., NIKON RESEARCH CORPORATION OF AMERICA, AND NIKON CORPORATION,
*Defendants-Appellees.*

2012-1459

Appeal from the United States District Court for the Southern District of California in case no. 11-CV-2203, Judge Roger T. Benitez.

ON MOTION

ORDER

The parties jointly move to stay the case pending the outcomes of related appeals nos. 2012-1320, et al.

Upon consideration thereof,

IT IS ORDERED THAT:

The joint motion to stay proceedings in 2012-1459 is granted. The parties are directed to inform this court concerning how this appeal should proceed, within 14 days of the final disposition of appeals nos. 2012-1320, et al.

FOR THE COURT

AUG 2 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joshua Lee Raskin, Esq.
    Heidi Lyn Keefe, Esq.
    Donald Robert Dunner, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 3 2012

JAN HORBALY
CLERK